IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2011 JUL 13 P 3: 08

| | |
|---|---|
| We, the People Preamble Citizen of the United States Government in the Family of Nations, Sakima Iban Salih El Bey, a/k/a Francis Marion Savall, )<br>)<br>)<br>)<br>)<br>     Plaintiff,           )<br>)<br>v.                              )<br>)<br>Lieutenant Davis; Officer Firebaugh; Lancaster Police Department Chief of Police Harlean Howard; City of Lancaster Mayor Joe Shaw; State of South Carolina Governor Nikki Haley, )<br>)<br>)<br>)<br>)<br>)<br>    Defendants.      )<br>_____) | Civil Action No. 0:11-1026-SB<br><br>**ORDER** |

This matter is before the Plaintiff's pro se complaint seeking damages based on alleged violations of his constitutional rights. Pursuant to local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On June 17, 2011, the Magistrate Judge issued a report and recommendation ("R&R") analyzing the issues and recommending that the Court dismiss this action without prejudice for failure to state a claim among other reasons. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written

objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

July **/2**, 2011
Charleston, South Carolina

2